ELIZABETH A. STRANCE   4715
Corporation Counsel

STEVEN K. IDEMOTO       9013
JUSTIN C. LEE           9908
Deputies Corporation Counsel
County of Hawaiʻi
Office of the Corporation Counsel
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi 96720
Telephone:  (808) 961-8251
Facsimile:  (808) 961-8622
Email: steven.idemoto@hawaiicounty.gov

Attorney for Defendant
COUNTY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| JAMES GRELL, | CIVIL NO. 23-00328 JAO-RT |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME (1) FOR DEFENDANT COUNTY OF HAWAIʻI TO FILE ITS ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT [DKT. 1], FILED ON AUGUST 4, 2023 AND (2) FOR PARTIES TO MAKE THEIR INITIAL DISCLOSURES; ORDER** |
| vs. | |
| COUNTY OF HAWAIʻI, | |
| Defendant. | |

**STIPULATION TO EXTEND TIME (1) FOR DEFENDANT COUNTY OF HAWAIʻI TO FILE ITS ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT [DKT. 1], FILED ON AUGUST 4, 2023 AND (2) FOR <u>PARTIES TO MAKE THEIR INITIAL DISCLOSURES</u>**

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective attorneys, that Defendant COUNTY OF HAWAI'I shall have until October 5, 2023, to provide an answer to the *Verified Complaint for Declaratory and Injunctive Relief* filed on August 4, 2023. IT IS HEREBY FURTHER STIPULATED, by and between the parties herein, that the parties shall make their respective initial disclosures by October 5, 2023.

DATED: Hilo, Hawai'i, September 1, 2023.

    COUNTY OF HAWAI'I,
    Defendant

    */s/ Steven K. Idemoto*
    Steven K. Idemoto
    Deputy Corporation Counsel
    Its Attorney

DATED: Honolulu, Hawai'i, September 1, 2023.

    */s/ Richard L. Holcomb*
    RICHARD L. HOLCOMB, ESQ.
    ALAN ALEXANDER BECK, ESQ.
    Counsel for Plaintiff JAMES GRELL

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, September 5, 2023.



Rom A. Trader
United States Magistrate Judge

_____

Civ. No. 23-00328 JAO-RT; *Grell v. County of Hawaii*; Stipulation to Extend Time (1) for Defendant Count of Hawaii to File its Answer to Plaintiff's Verified Complaint [Dkt. 1], Filed on August 4, 2023 and (2) for Parties to Make Their Initial Disclosures